UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2068

In Regard to the Matter of:

Bayside State Prison Litigation

JEROME WILLIAM YOUNG,

    -vs-

WILLIAM H. FAUVER, et al,

    Defendants.

\*   \*   \*   \*

TUESDAY, MAY 6, 2008

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

May 6, 2008

Page 2

```
 1
 2              Transcript of proceedings in the above
 3   matter taken by Theresa O. Mastroianni, Certified
 4   Court Reporter, license number 30X100085700, and
 5   Notary Public of the State of New Jersey at the
 6   United States District Court House, One Gerry Plaza,
 7   Camden, New Jersey, 08102, commencing at 9:30 AM.
 8
 9
10
11
12
13
14
15
16
17
18
19
20              MASTROIANNI & FORMAROLI, INC.
          Certified Court Reporting & Videoconferencing
21                 251 South White Horse Pike
                   Audubon, New Jersey 08106
22                      856-546-1100
23
24
25
```

```
                                                              Page 3
 1    A P P E A R A N C E S:

 2

 3         PAUL J. HIRSH, PC
           10 MADISON AVENUE
 4         SUITE 300
           MORRISTOWN, NEW JERSEY   07960
 5         973-290-9555
           ATTORNEY FOR THE PLAINTIFFS

 6

 7
           ROSELLI & GRIEGEL, PC
 8         BY:  MARK ROSELLI, ESQUIRE
                - and -
 9         BY:  STEVEN GRIEGEL, ESQUIRE
           1337 STATE HIGHWAY 33
10         HAMILTON SQUARE, NEW JERSEY   08690
           609-586-2257
11         ATTORNEYS FOR THE DEFENDANTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

May 6, 2008

Page 4

1        JUDGE BISSELL:  Rule 52(c) of the

2   Federal Rules of Civil Procedure provides, and I

3   quote, "If during a trial without a jury a party has

4   been fully heard on an issue and the court finds

5   against the party on that issue, the court may enter

6   judgment as a matter of law against that party with

7   respect to a claim or defense that cannotunder the

8   controlling law can be maintained or defeated without

9   a favorable finding on that issue, or may decline to

10  render any judgment until the close of the evidence.

11  Such judgment shall be supported by findings of fact

12  and conclusions of law as required by subdivision (a)

13  of this rule."

14              I find based upon the testimony of Mr.

15  Young himself that he was directed after stripping to

16  get underneath his bunk, obviously to be out of the

17  way in connection with the processing of his bunk

18  mate, who was on the top bunk.  A scuffle ensued, at

19  least what he could hear.  He looked out.  He was

20  poked with the night stick in an area of his back and

21  ribs, and told to stop eyeballing.  Apparently this

22  instruction had to be repeated once or twice more,

23  because he did try to look around again.  The hitting

24  with the stick was, under the circumstances, neither

25  excessive in terms of the force applied nor

1   inappropriate, given the fact that it represented an

2   appropriate corporal means of enforcing the

3   discipline necessary in those close quarters in order

4   to extract Mr. Young and his bunk mate from the cell.

5              Accordingly, upon being taken out from

6   underneath his bunk and stood up, the Court

7   determines that some measure of force could be

8   applied against him by the officer for the purpose of

9   reinforcing the need for discipline and compliance,

10  since Mr. Young, at least from underneath the bed,

11  had violated an order.

12             I realize that I have to measure and

13  assess from the testimony of Mr. Young himself the

14  nature of what occurred to him and the force applied.

15  I find that it wasn't just a question of having the

16  baton on the outside of the forearm placed against

17  his back and having him pushed against the wall.  He

18  was struck in the back, and as a result thereafter,

19  pushed against the wall by this officer for the

20  purpose of reinforcing his authority and his need for

21  control.

22             Under all the circumstances involved,

23  including the events which led to this and the need

24  for the orderly evacuation of the unit for the

25  purposes of having them searched, I do not find that

1  this was, indeed, excessive force under all the

2  circumstances.  I do not find it necessary in this

3  decision to deal directly with the questions of

4  deminimis injury or deminimis force.  What I do

5  determine is that under all the circumstances,

6  excessive force, as defined by the jury instructions

7  issued in prior cases which govern these matters, was

8  not employed.

9              With regard to the injuries involved, I

10 find no reason to contest Mr. Young that there has

11 been some residual back injury as a result of this

12 event.  He has, however, made his own choices with

13 regard to not taking either prescription or

14 over-the-counter medication to rectify this

15 condition, or even if more was needed, to have it

16 X-rayed or otherwise treated.  I don't call this any

17 intervening cause for his continuing discomforts, by

18 any means, but it also demonstrates, in my view, a

19 rather modest severity overall.

20              I have revised this decision under

21 Local Civil Rule 52.1.  To reiterate, I make a

22 determination under all the facts and circumstances

23 before me here that the events which occurred to Mr.

24 Young in this matter are not actionable as cruel and

25 unusual punishment due to excessive force within the

```
 1    contemplation of the Eighth Amendment and the jury
 2    instructions which are based thereon.  I recommend
 3    that the district court enter our order and judgment
 4    of no cause for action with regard to Jerome Young.
 5             I would be remiss, however, at this
 6    point, and I would just like to take a moment to say
 7    this, even though it's not critical to the decision I
 8    have reached by any means, that Mr. Young, unlike,
 9    regrettably, many others who have testified before me
10    in the last few months, has, it appears, put his
11    criminal conduct behind him.  And under the guidance
12    of persons like the Browns, whose reputation hardly
13    needs to be elaborated upon by me here, has
14    apparently invoked his experiences to bring a
15    substantial amount of good in areas where it is
16    needed, namely the counseling of those with substance
17    abuse problems.
18             Mr. Young, for reasons I hope I've
19    articulated adequately, you did not prevail in this
20    case.
21             On the other hand, I commend you for
22    the course that your life has taken.
23             So this action -- I'll be recommending
24    to Judge Kugler that no cause of action be
25    established here.
```

1        C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _____
     Theresa O. Mastroianni, C.S.R.

20   Notary Public, State of New Jersey

     My Commission Expires May 5, 2010

21   Certificate No. XI0857

     Date:  May 6, 2008

22

23

24

25

**A**
abuse 7:17
accurate 8:6
action 1:2 7:4,23
    7:24 8:11,14
actionable 6:24
adequately 7:19
al 1:8
Amendment 7:1
amount 7:15
apparently 4:21
    7:14
appears 7:10
applied 4:25 5:8
    5:14
appropriate 5:2
area 4:20
areas 7:15
articulated 7:19
assess 5:13
attorney 3:5
    8:10,12
**ATTORNEYS**
    3:11
Audubon 2:21
authority 5:20
**AVENUE** 3:3

**B**
back 4:20 5:17
    5:18 6:11
based 4:14 7:2
baton 5:16
Bayside 1:4
bed 5:10
**BISSELL** 1:17
    4:1
bring 7:14
Browns 7:12
bunk 4:16,17,18
    5:4,6

**C**
C 3:1 8:1,1
call 6:16
Camden 2:7

cannotunder 4:7
case 7:20
cases 6:7
cause 6:17 7:4
    7:24
cell 5:4
Certificate 8:21
Certified 2:3,20
    8:4
certify 8:5,9
choices 6:12
circumstances
    4:24 5:22 6:2,5
    6:22
Civil 1:2 4:2
    6:21
claim 4:7
close 4:10 5:3
commencing 2:7
commend 7:21
Commission
    8:20
compliance 5:9
conclusions 4:12
condition 6:15
conduct 7:11
connection 4:17
contemplation
    7:1
contest 6:10
continuing 6:17
control 5:21
controlling 4:8
corporal 5:2
counsel 8:10,12
counseling 7:16
course 7:22
court 1:1 2:4,6
    2:20 4:4,5 5:6
    7:3
criminal 7:11
critical 7:7
cruel 6:24
C.S.R 8:19

**D**

date 8:8,21
deal 6:3
decision 6:3,20
    7:7
decline 4:9
defeated 4:8
Defendants 1:9
    3:11
defense 4:7
defined 6:6
deminimis 6:4,4
demonstrates
    6:18
determination
    6:22
determine 6:5
determines 5:7
directed 4:15
directly 6:3
discipline 5:3,9
discomforts 6:17
district 1:1,1 2:6
    7:3
due 6:25

**E**
E 3:1,1 8:1,1
Eighth 7:1
either 6:13
elaborated 7:13
employed 6:8
employee 8:10
    8:12
enforcing 5:2
ensued 4:18
enter 4:5 7:3
**ESQUIRE** 3:8,9
established 7:25
et 1:8
evacuation 5:24
event 6:12
events 5:23 6:23
evidence 4:10
excessive 4:25
    6:1,6,25
experiences 7:14

Expires 8:20
extract 5:4
eyeballing 4:21

**F**
F 8:1
fact 4:11 5:1
facts 6:22
**FAUVER** 1:8
favorable 4:9
Federal 4:2
financially 8:13
find 4:14 5:15
    5:25 6:2,10
finding 4:9
findings 4:11
finds 4:4
force 4:25 5:7,14
    6:1,4,6,25
forearm 5:16
foregoing 8:5
**FORMAROLI**
    2:20
forth 8:8
fully 4:4
**FURTHER** 8:9

**G**
Gerry 2:6
given 5:1
good 7:15
govern 6:7
**GRIEGEL** 3:7,9
guidance 7:11

**H**
H 1:8
**HAMILTON**
    3:10
hand 7:21
hear 4:19
heard 4:4
hereinbefore 8:8
**HIGHWAY** 3:9
**HIRSH** 3:3
hitting 4:23

**HONORABLE**
    1:17
hope 7:18
Horse 2:21
House 2:6

**I**
inappropriate
    5:1
including 5:23
injuries 6:9
injury 6:4,11
instruction 4:22
instructions 6:6
    7:2
interested 8:13
intervening 6:17
invoked 7:14
involved 5:22
    6:9
issue 4:4,5,9
issued 6:7

**J**
J 3:3
Jerome 1:6 7:4
Jersey 1:1 2:5,7
    2:21 3:4,10 8:5
    8:20
**JOHN** 1:17
Judge 4:1 7:24
judgment 4:6,10
    4:11 7:3
jury 4:3 6:6 7:1

**K**
Kugler 7:24

**L**
law 4:6,8,12
led 5:23
license 2:4
life 7:22
Litigation 1:5
Local 6:21
look 4:23

looked 4:19

**M**
MADISON 3:3
maintained 4:8
MARK 3:8
MASTER 1:17
Mastroianni 2:3
  2:20 8:3,19
mate 4:18 5:4
matter 1:3 2:3
  4:6 6:24
matters 6:7
means 5:2 6:18
  7:8
measure 5:7,12
medication 6:14
modest 6:19
moment 7:6
months 7:10
MORRISTO...
  3:4

**N**
N 3:1
nature 5:14
necessary 5:3
  6:2
need 5:9,20,23
needed 6:15
  7:16
needs 7:13
neither 4:24 8:9
  8:11
New 1:1 2:5,7,21
  3:4,10 8:4,20
night 4:20
Notary 2:5 8:3
  8:20
number 2:4

**O**
O 2:3 8:3,19
obviously 4:16
occurred 5:14
  6:23

officer 5:8,19
once 4:22
order 5:3,11 7:3
orderly 5:24
outside 5:16
overall 6:19
over-the-coun...
  6:14

**P**
P 3:1,1
parties 8:11
party 4:3,5,6
PAUL 3:3
PC 3:3,7
persons 7:12
Pike 2:21
place 8:8
placed 5:16
PLAINTIFFS
  3:5
Plaza 2:6
point 7:6
poked 4:20
prescription
  6:13
prevail 7:19
prior 6:7
Prison 1:4
problems 7:17
Procedure 4:2
proceedings 2:2
processing 4:17
provides 4:2
Public 2:5 8:3,20
punishment
  6:25
purpose 5:8,20
purposes 5:25
pushed 5:17,19
put 7:10

**Q**
quarters 5:3
question 5:15
questions 6:3

quote 4:3

**R**
R 3:1 8:1
reached 7:8
realize 5:12
reason 6:10
reasons 7:18
recommend 7:2
recommending
  7:23
rectify 6:14
regard 1:3 6:9
  6:13 7:4
regrettably 7:9
reinforcing 5:9
  5:20
reiterate 6:21
relative 8:10,12
remiss 7:5
render 4:10
repeated 4:22
Reporter 2:4 8:4
Reporting 2:20
represented 5:1
reputation 7:12
required 4:12
residual 6:11
respect 4:7
result 5:18 6:11
revised 6:20
ribs 4:21
ROSELLI 3:7,8
rule 4:1,13 6:21
Rules 4:2

**S**
S 3:1
scuffle 4:18
searched 5:25
set 8:8
severity 6:19
Shorthand 8:4
South 2:21
SPECIAL 1:17
SQUARE 3:10

State 1:4 2:5 3:9
  8:4,20
States 1:1 2:6
stenographica...
  8:7
STEVEN 3:9
stick 4:20,24
stood 5:6
stop 4:21
stripping 4:15
struck 5:18
subdivision 4:12
substance 7:16
substantial 7:15
SUITE 3:4
supported 4:11

**T**
T 8:1,1
take 7:6
taken 2:3 5:5
  7:22 8:7
terms 4:25
testified 7:9
testimony 4:14
  5:13 8:6
thereon 7:2
Theresa 2:3 8:3
  8:19
time 8:7
told 4:21
top 4:18
transcript 2:2
  8:6
treated 6:16
trial 4:3
true 8:6
try 4:23
TUESDAY 1:14
twice 4:22

**U**
underneath 4:16
  5:6,10
unit 5:24
United 1:1 2:6

unusual 6:25

**V**
Videoconfere...
  2:20
view 6:18
violated 5:11
vs 1:7

**W**
W 1:17
wall 5:17,19
wasn't 5:15
way 4:17
White 2:21
WILLIAM 1:6
  1:8

**X**
X10857 8:21
X-rayed 6:16

**Y**
Young 1:6 4:15
  5:4,10,13 6:10
  6:24 7:4,8,18

**0**
07960 3:4
08-2068 1:2
08102 2:7
08106 2:21
08690 3:10

**1**
10 3:3
1337 3:9

**2**
2008 1:14 8:21
2010 8:20
251 2:21

**3**
30X100085700
  2:4
300 3:4

**33** 3:9

**5**
**5** 8:20
**52(c)** 4:1
**52.1** 6:21

**6**
**6** 1:14 8:21
**609-586-2257**
  3:10

**8**
**856-546-1100**
  2:22

**9**
**9:30** 2:7
**973-290-9555**
  3:5